UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-100 RM |
| ) | |
| GILBERTO RODRIGUEZ (03) ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 2, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 39], ACCEPTS defendant Gilberto Rodriguez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 924(c).

SO ORDERED.

ENTERED:   December 1, 2009

      /s/ Robert L. Miller, Jr.
      Chief Judge
      United States District Court